March 09, 2012

Mr. Jeffrey H. Kobs
Kobs, Haney & Hundley, L.L.P.
115 West Second Street
Sundance Square, Suite 204
Fort Worth, TX 76102
Ms. Rebecca Tillery
Koons Fuller
1717 McKinney Ave. Ste. 1500
Dallas, TX 75202

RE: Case Number: 10-0776
 Court of Appeals Number: 02-08-00442-CV
 Trial Court Number: 322-424862-07

Style: JACK EDWARD MILNER
 v.
 VICKI ANN MILNER

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Debra Spisak |